UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD JAY PATTERSON,

    Plaintiff,

v.     Case No:   6:15-cv-1492-Orl-TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d) (Doc. 14).   Plaintiff requests an award of fees **in the amount of $4,233.70**.[1]   The motion includes a schedule of the attorney's hours to support the application (Doc. 14-1).  Defendant has no objection to the requested relief (Doc. 14 at 4).

Plaintiff asserts that he is the prevailing party, that the Commissioner's position in the underlying action was not substantially justified, and that his net worth at the time the proceeding was filed was less than two million dollars[2]  (Doc. 14 at 1-2).   On March 7, 2016, the Court granted Defendant's Motion for Entry of Judgment with Remand (Doc. 11) and entered a final order reversing and remanding this cause back to the

---

[1] Plaintiff's fee amount is calculated at the rate of $187 per hour for work performed in 2015 and $190 per hour for work performed in 2016.

[2] Under the EAJA, a claimant is eligible for an attorney fee award where: (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust.   28 U.S.C. § 2412(d).

Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 12).  The Clerk entered judgment the next day (Doc. 13).  Plaintiff filed this application for attorney's fees on June 6, 2016 (Doc. 14).

Plaintiff has attached a copy of his assignment of EAJA fees to his counsel (Doc. 14-3).  In light of the assignment, Plaintiff requests (and Defendant agrees) that the payment should be made payable to Plaintiff and delivered to his counsel unless he owes a federal debt.  If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept Plaintiff's assignment of EAJA fees and pay fees directly to his counsel.  Pursuant to the provisions of the EAJA, Plaintiff's motion for attorney's fees (Doc. 14) is **GRANTED**.  Plaintiff is awarded attorney's fees **in the amount of $4,233.70**, payable to Plaintiff and delivered to his counsel unless Plaintiff owes a federal debt.

**DONE** and **ORDERED** in Orlando, Florida on June 7, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record